CASIMIR KUROWSKI AND LUCILLE KUROWSKI, HIS WIFE, PLAINTIFFS-APPELLANTS, v. BOARD OF ADJUSTMENT OF THE CITY OF BAYONNE, A CORPORATE BODY, AND MORRIS PADWE, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued January 2, 1951—Decided January 17, 1951.

434

436

438

440

442

444

Before Judges FREUND, PROCTOR and ROGERS.

*Mr. Stephen P. Piga* argued the cause for the plaintiffs-appellants.

*Mr. William Rubin* argued the cause for the defendant-respondent Board of Adjustment of the City of Bayonne.

*Mr. A. Alfred Fink,* attorney for defendant-respondent Morris Padwe.

PER CURIAM.   The judgment is affirmed for the reasons expressed in the opinion of Judge Brennan in the court below.